

NUMBER 13-09-00182-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAYMONDVILLE INDEPENDENT SCHOOL                    **Appellants,**
DISTRICT AND ALBERTO TREVINO,

**v.**

EDWIN BARRERA D/B/A PHD CONSULTING,                    **Appellee.**

**On Appeal from the 197th District Court
of Willacy County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellants, Raymondville Independent School District and Alberto Trevino, perfected an appeal from a judgment entered by the 197th District Court of Willacy County, Texas, in cause number 2005-CV-0385-A. Appellants have filed a motion for voluntary dismissal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 11th day of June, 2009.